# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN D. DENTON, | Case No. 1:13-cv-00017-AWI-BAM PC |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING |
| v. | (ECF No. 30) |
| PULIDO, et al., | |
| Defendants. | |

Plaintiff Bryan D. Denton ("Plaintiff"), a county jail inmate proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 4, 2013. On June 13, 2014, Plaintiff filed an unsigned motion for summary judgment.[1] (ECF No. 30.) Unsigned filings cannot be considered by the Court and therefore, Plaintiff's filing is ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

Dated: **September 4, 2014**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Pulido filed a request that the motion for summary judgment be dismissed based on Plaintiff's failure to comply with the procedures and format of Federal Rule of Civil Procedure 56. (ECF No. 31.) It is not necessary to reach this issue.