# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN D. DENTON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PULIDO, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-00017-AWI-BAM PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br>(ECF No. 34) |

　　　　Plaintiff Bryan D. Denton ("Plaintiff") is a former county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on January 4, 2013. Defendant Pulido filed an answer on April 25, 2014, and discovery opened in this matter on April 29, 2014.

　　　　On September 26, 2014, the Court received notice that Plaintiff was no longer in custody at the Sacramento County Main Jail. (ECF No. 33.) Accordingly, on October 1, 2014, the Court issued an order directing Plaintiff to file a notice of his current address or show cause in writing why this action should not be dismissed for failure to prosecute. (ECF No. 34.)

　　　　On October 1, 2014, Plaintiff filed a notice of change of address. (ECF No. 35.)

Based on Plaintiff's notice, the order to show cause issued on October 1, 2014, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 16, 2014**                    /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE