# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN D. DENTON,<br><br>           Plaintiff,<br><br>     vs.<br><br>PULIDO, et al.,<br><br>           Defendants. | Case No. 1:13-cv-00017-AWI-BAM PC<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR STAY<br><br>(ECF No. 37) |

     Plaintiff Bryan D. Denton ("Plaintiff") is a former county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action currently proceeds on Plaintiff's first amended complaint, filed on January 2, 2014, against Defendant Pulido for excessive force in violation of the Fourteenth Amendment.  Defendant Pulido answered the amended complaint on April 25, 2014.

     On April 29, 2014, the Court issued a Discovery and Scheduling Order.  (ECF No. 22.)  Pursuant to that order, the deadline to complete discovery is December 29, 2014, and the deadline to file dispositive motions is March 9, 2015.

     On November 5, 2014, Plaintiff filed the instant motion requesting that this action be held in abeyance until May 2015.  (ECF No. 37.)  Defendant Pulido did not file a response.

1

1  Accordingly, Defendant Pulido is HEREBY DIRECTED to file an opposition or statement of
2  non-opposition to the motion within twenty-one (21) days.

IT IS SO ORDERED.

   Dated:   **December 2, 2014**           /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE