# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DENTON | ) Case Number: 1:13-CV-00017-AWI-BAM (PC) |
| Plaintiff, | ) STIPULATION OF THE PARTIES FOR THE ) DISMISSAL OF PLAINTIFF'S ACTION |
| vs. | ) WITH PREJUDICE, AND ORDER ) THEREON |
| PULIDO, ET AL. | ) |
| Defendant(s). | ) |

**COME NOW** the Parties to this matter, Plaintiff Bryan Denton, in propria persona and Defendant Pulido [Francisco Pulido] through his counsel of record Theresa A. Goldner, County Counsel, by Judith M. Denny, Deputy (collectively referred to herein as "Parties") and stipulate as follows:

**IT IS HEREBY STIPULATED**, by and between the Parties to this action, that the above-captioned action be dismissed without prejudice in its entirety as to any and all complaint, allegation and/or cause of action against Defendant Francisco Pulido, sued herein as Officer Pulido and Defendant County of Kern, and that each party hereby agrees to bear all of its/their own costs and / or fees and with respect to this litigation.

///
///
///
///

1

Stipulation For Dismissal of Complaint With Prejudice and Order Thereon

**IT IS FURTHER STIPULATED** that this stipulation may be signed in counter-parts and a copy of any signature shall be accepted as the original.

Dated: November 24, 2015         /s/ Bryan Denton
                                 Bryan Denton, Plaintiff pro se


Dated: November 30, 2015         **THERESA A. GOLDNER,**
                                 **COUNTY COUNSEL**

                                 By /s/ Judith M. Denny
                                    Judith M. Denny, Deputy
                                    Attorneys for Defendants Francisco Pulido
                                    and County of Kern

### **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   December 21, 2015              _____
                                        SENIOR DISTRICT JUDGE

Stipulation For Dismissal of Complaint With Prejudice and Order Thereon